THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00284-MR-WCM

| | |
|---|---|
| **DONNA TIPTON-ROGERS,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**OMNI HOTLES MANAGEMENT** )<br>**CORPORATION,** )<br>)<br>Defendant. )<br>_____ ) | **ORDER OF REMAND** |

**THIS MATTER** is before the Court on the Defendant's Consent Motion to Remand [Doc. 4].

Upon review of the Defendant's motion, and in light of the Plaintiff's consent,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Remand [Doc. 4] is **GRANTED**, and this action is hereby **REMANDED** to the Haywood County General Court of Justice, Superior Court Division.

The Clerk of Court is respectfully directed to provide a certified copy of this Order to the Haywood County Superior Court Clerk.

**IT IS SO ORDERED.**

Signed: October 26, 2019

Martin Reidinger
United States District Judge